UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANNON JACOBS, | ) Case No. CV 12-8368-GAF(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| STANDING DIRECTOR OF CDCR, | ) |
| | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: October 25, 2012

_____
Gary A. Feess
United States District Judge